[No. 33632-1-I.  Division One.  July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07428-8, Robert S. Lasnik, J., entered
October 25, 1993. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Seinfeld, C.J., and Coleman,
J.

[No. 33781-5-I.  Division One.  July 24, 1995.]

RICK BJARNSON, *Appellant*, v. KITSAP COUNTY, ET AL.,
*Respondents*.

KITSAP CITIZENS FOR FAIR GOVERNMENT, *Appellant*,
v. KITSAP COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-09630-5, Michael Hayden, J., entered
October 29, 1993. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Becker, J., and Pekelis, J. Pro
Tem. Now published at 78 Wn. App. 840.

[Nos. 33793-9-I; 35190-7-I.  Division One.  July 24, 1995.]

WILDERNESS RIM MAINTENANCE CORPORATION,
*Respondent*, v. PETER MEDLIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-12437-8, Larry A. Jordan, J., entered
October 8, 1993, November 5, 1993, and August 2, 1994.
*Affirmed* by unpublished opinion per Webster, J., con-
curred in by Baker, C.J., and Kennedy, J.